UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

-v-                                                24-MC-

$75,000.00 UNITED STATES CURRENCY

        Defendant *in rem*.

---

### STIPULATION TO EXTEND PLAINTIFF'S TIME
### TO FILE COMPLAINT IN CIVIL FORFEITURE ACTION

IT IS HEREBY STIPULATED and agreed upon between the parties, the United States of America by its attorney, Trini E. Ross, United States Attorney for the Western District of New York, Elizabeth M. Palma, Assistant United States Attorney, of counsel, and Scott Orndoff, Esq., attorney for claimant Brianna Bates, that the government's time to file its Verified Complaint for Forfeiture be extended from January 2, 2025 to March 3, 2025, pursuant to Title 18, United States Code, Section 983(a)(3)(A).

Dated: November 25, 2024                Dated: 11/25, 2024

TRINI E. ROSS
United States Attorney
Western District of New York

By: /s/ Elizabeth Palma                      By: /s/
Elizabeth M. Palma                          Scott Orndoff, Esq.
Assistant United States Attorney        80 West Huron Street
138 Delaware Ave                           Buffalo, New York 14202
Buffalo, New York 14202               (716) 854-1300
(716) 843-5860                               scott@steenberglaw.com
Elizabeth.palma@usdoj.gov           Attorney for Brianna Bates